UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ, | No. C 10-1438 MHP (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| RANDY GROUNDS, warden, | |
| Respondent. | |

Alejandro Gonzalez has filed a petition for writ of habeas corpus to challenge his conviction and sentence from the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. Gonzalez is currently incarcerated at the Correctional Training Facility - Soledad in Monterey County, which is within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction is preferably heard in the district of conviction. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: April 12, 2010

Marilyn Hall Patel
United States District Judge